## BROWN v. WHEELER.

A deed executed as collector of his own land, will pass the property to a *bona fide* purchaser; although sold as another's.

ACTION of ejectment. Issue to the court. The plaintiff's title was a deed from Joshua Brown, a collector of taxes, who sold this land as the land of Josiah Grant Hewit, for the payment of said Hewit's taxes, and signed the deed as collector. It appears that the land was not said Grant Hewit's land, but was the land of said Joshua Brown, the collector.

The only question was — Whether said deed passed the title to the plaintiff.

Judgment — For the plaintiff to recover. The deed conveyed all the right said Joshua Brown had in virtue of his power or interest; and he cannot claim the land against his own deed from a *bona fide* purchaser for a valuable consideration.